**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JOHN GALIZIA,            :   No. 542 MAL 2015
                                :
             Petitioner        :
                                :   Petition for Allowance of Appeal from
                                :   the Order of the Commonwealth Court
             v.                :
                                :
                                :
WORKERS' COMPENSATION APPEAL   :
BOARD (WOODLOCH PINES, INC.),    :
                                :
            Respondent      :

## ORDER

**PER CURIAM**

      **AND NOW**, this 24th day of November, 2015, the Petition for Allowance of Appeal is **DENIED**.